# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 25-2549

———————————————

John Louis Corrigan, Sr.

*Plaintiff - Appellant*

v.

Scott County, Minnesota; Paula Duggan Vraa, Judge - sued in her official capacity; Colleen King, Judge - sued in her official capacity

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: February 19, 2026
Filed: February 24, 2026
[Unpublished]

——————————

Before BENTON, KELLY, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

John Corrigan, Sr. appeals following the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties'

---

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

arguments on appeal, we find no basis for reversal. See Laclede Gas Co. v. St. Charles Cnty., 713 F.3d 413, 417 (8th Cir. 2013) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____